IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN RAMIREZ,

      Petitioner,                    No. CIV S-06-0632 LKK DAD P

      vs.

UNKNOWN, et al.,

      Respondents.              FINDINGS & RECOMMENDATIONS

_____/

      By an order filed April 3, 2006, petitioner was ordered to file a petition for a writ of habeas corpus within thirty days, using the form petition provided by the Clerk of the Court. In addition, petitioner was ordered to submit an application to proceed in forma pauperis or pay the required filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and petitioner has not filed a petition for writ of habeas corpus, has not filed an application to proceed in forma pauperis or paid the appropriate filing fee, and has not otherwise responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 17, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
rami0632.fff